B18 (Official Form 18) (12/07)

# United States Bankruptcy Court
District of Arizona
Case No. **2:08−bk−04824−SSC**
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   ALEJANDRO RIVERA JR.
   17690 W. POST DRIVE
   SURPRISE, AZ 85388

Social Security / Individual Taxpayer ID No.:
   xxx−xx−5403

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                BY THE COURT

Dated: 9/10/08                 Sarah Sharer Curley
                                      United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts That are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0970-2          User: rossp                Page 1 of 1            Date Rcvd: Sep 11, 2008
Case: 08-04824                Form ID: b18               Total Served: 17
```

```
The following entities were served by first class mail on Sep 13, 2008.
db             +ALEJANDRO RIVERA, JR.,   17690 W. POST DRIVE,   SURPRISE, AZ 85388-3111
aty             JOSEPH W. CHARLES,   PO BOX 1737,   GLENDALE, AZ   85311-1737
aty            +MARK 2 BOSCO,   TIFFANY & BOSCO, P.A.,   2525 EAST CAMELBACK ROAD,   SUITE 300,
                 PHOENIX, AZ 85016-9240
tr             +DAVID A. BIRDSELL,   216 N. CENTER,   MESA, AZ 85201-6629
cr             +Mortgage Electronic Registration Systems, Inc. C/O,   Tiffany & Bosco, P.A.,
                 2525 E. Camelback Rd.,   Suite 300,   Esplanade II,   Phoenix, AZ 85016-4237
cr            +++RECOVERY MANAGEMENT SYSTEMS CORPORATION,   25 SE 2ND AVE #1120,   MIAMI, FL 33131-1605
7337807        +CITIBANK,   ATTN: BANKRUPTCY,   P.O. BOX 20507,   KANSAS CITY MO 64195-0507
7337809        +DELL FINANCIAL SERVICES,   12234 NORTH IH 35,   Austin TX 78753-1724
7337810        +MONOGRAM BANK OF AMERICA,   ATTN: BANKRUPTCY NC4-105-02-99,   P.O. BOX 26012,
                 Greensboro NC 27420-6012
The following entities were served by electronic transmission on Sep 12, 2008.
smg            +EDI: AZDEPREV.COM Sep 12 2008 01:03:00      AZ DEPARTMENT OF REVENUE,   BANKRUPTCY & LITIGATION,
                 1600 W. MONROE, 7TH FL.,   PHOENIX, AZ 85007-2612
smg             EDI: IRS.COM Sep 12 2008 01:03:00      IRS,   210 EAST EARLL DR, MS 5014 PX,   PHOENIX, AZ  85012
7337806        +EDI: CHASE.COM Sep 12 2008 01:03:00      CHASE,   800 Brooksedge Blvd.,
                 Westerville OH 43081-2822
7337807        +EDI: CITICORP.COM Sep 12 2008 01:03:00      CITIBANK,   ATTN: BANKRUPTCY,   P.O. BOX 20507,
                 KANSAS CITY MO 64195-0507
7337808        +EDI: CRFRSTNA.COM Sep 12 2008 01:03:00      CREDIT FIRST N.A.,   P. O. Box 818011,
                 Cleveland OH 44188-0001
7337811        +E-mail/PDF: ext_ebn_inbox@navyfederal.org Sep 12 2008 04:48:20      NAVY FEDERAL CREDIT UNION,
                 P.O. BOX 3000,   Merrifield VA 22119-3000
7400246         EDI: RECOVERYCORP.COM Sep 12 2008 01:03:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
7337812        +EDI: WTRRNBANK.COM Sep 12 2008 01:03:00      TARGET NB,   P.O. BOX 9475,
                 Minneapolis MN 55440-9475
7337813        +EDI: PROVID.COM Sep 12 2008 01:03:00      WASHINGTON MUTUAL PROVIDIAN,   P.O. BOX 10467,
                 Greenville SC 29603-0467
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Target National Bank
cr*             Navy Federal Credit Union,   PO Box 3000,   Merrifield, VA  22119-3000
                                                                                              TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 13, 2008**          **Signature:** *Joseph Speetjens*